**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TRUSTEES OF ROOFERS LOCAL 149
SECURITY BENEFIT TRUST FUND;
ROOFERS LOCAL 149 PENSION FUND;
ROOFERS LOCAL 149 VACATION-HOLIDAY
FUND; and ROOFERS LOCAL 149
APPRENTICESHIP FUND,

        Plaintiffs,

v.                                 Case No. 15-13226

T.F. BECK COMPANY, a Michigan corporation,
And DANIEL E. CASEY, Individually,

        Defendants.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

On Monday November 30, 2015, the court held an off-the-record status conference with the parties. Defendants informed the court that they do not contest the amount of fringe benefit contributions in arrears, but that they have been unable to satisfy the debt due to a third party's failure to pay Defendants for a completed project. Though sympathetic, Plaintiffs seek the court's help in enforcing the Collective Bargaining Agreement. Because there is no legal disagreement between the parties, and Defendants have represented that payment is imminently forthcoming, the court is satisfied that judicial supervision while Defendants secure the necessary funds is unnecessary. Therefore, the court will administratively close the case in the interest of judicial efficiency and to conserve the parties' resources. The court will expect a statement from Plaintiffs **on or before March 4, 2016** informing the court that either that the matter has been resolved or that judicial intervention is required.

Accordingly, the clerk of court is DIRECTED to administratively close this matter for statistical purposes only. **Nothing in this order shall be deemed to adversely affect or in any way impact the parties' rights.** If, at any time, either party wishes to reopen this case, they may file a "Notice of Reopening," whereupon the case will be immediately reopened, with all rights preserved as of the date of this order.

.

      S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  January 13, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 13, 2016, by electronic and/or ordinary mail.

      S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522